**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| **JORGE AVILA TORREZ,** | **)** | |
| **Movant,** | **)** | **Criminal No. 1:11-CR-00115-LO** |
| | **)** | |
| **v.** | **)** | **CAPITAL § 2255 PROCEEDINGS** |
| | **)** | |
| **JEFFREY KRUEGER, Warden,** | **)** | |
| **United States Penitentiary, Terre Haute,** | **)** | **Hon. Liam O'Grady** |
| **Respondent.[1]** | **)** | |
| | **)** | |

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now MOVANT, JORGE AVILA TORREZ, a federal prisoner convicted of

murder and sentenced to death, pursuant to 18 U.S.C. § 3599(a)(2) and for reasons stated in the

accompanying Memorandum, and hereby moves for appointment of counsel Joan C. Robin, a

member in good standing of the bar of this Court, together with the Federal Community

Defender for the Eastern District of Pennsylvania (hereinafter "FCDO"), Shawn Nolan to appear

*pro hac vice*, to represent him in pursuing any and all available post-conviction remedies,

including the investigation, preparation, and prosecution of a motion for post-conviction relief

pursuant to 28 U.S.C. § 2255. The FCDO has particular expertise in the litigation of capital §

2255 cases, and would appear at no cost to this Court. Pursuant to Local Rule 7(f), a

Memorandum of Support accompanies this Motion. A proposed Order of appointment is

attached for the Court's convenience.

---

[1] Mr. Torrez is currently in the custody of the Bureau of Prisons at the Metropolitan Correctional
Center in Chicago. Counsel expect him to be moved any day to USP Terre Haute in Indiana
where federal death row is located. For that reason, this motion is styled with that institution's
warden as Respondent.

Respectfully submitted,

_____/s/_____
Robert Lee
VIRGINIA CAPITAL REPRESENTATION
RESOURCE CENTER
2421 Ivy Road, Suite 301
Charlottesville, VA 22903
(434) 817-2970
roblee@vcrrc.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


James L. Trump, Assistant U.S. Attorney
Jonathan Leo Fahey, Assistant U.S. Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314-5194
jim.trump@usdoj.gov
Jonathan.Fahey@usdoj.gov


_____/s/_____
Robert Lee

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| JORGE AVILA TORREZ, | ) | |
| Movant, | ) | |
| | ) | No. 1:11-CR-00115 (LO) |
| v. | ) | |
| | ) | |
| JEFFREY KRUEGER, Warden, | ) | |
| USP Terre Haute, | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, this ___ day of _____, 2018, upon consideration of the *Motion for Appointment of Counsel*, it is hereby
ORDERED as follows:

1. Mr. Torrez's motion is **GRANTED.**

2. Joan Robin and the Federal Community Defender Office for the Eastern District of

    Pennsylvania are appointed to represent Mr. Torrez in these proceedings.

Alexandria, Virginia
October __, 2018
                                        _____
                                        Liam O'Grady
                                        United States District Judge