IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

OCT 1 9 2018

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| JORGE AVILA TORREZ, | ) |
| | ) |
| v. | ) CASE NO. 1:11cr115 |
| | ) |
| JEFFREY KRUEGER, Warden, | ) |
| USP Terre Haute | ) |
| | ) |
| Defendant | ) |

ORDER

Upon consideration of the Motion for Appointment of Counsel, it is

**ORDERED** that the Motion (Dkt. 470) is GRANTED. Joan Robin and the

Federal Community Defender Office for the Eastern District of Pennsylvania are appointed to

represent Mr. Torrez in these proceedings, and it is further

**ORDERED** that Joan Robin shall contact Larry Dash, Fourth Circuit Case

Budgeting Attorney, to establish a budget at her earliest convenience.

Alexandria, Virginia
October 19, 2018

/s/

Liam O'Grady
United States District Judge