

U.S. Department of Justice
**United States Attorney's Office**
Eastern District of Virginia

G. Zachary Terwilliger      2100 Jamieson Avenue      (703) 299-3700
United States Attorney      Alexandria, VA 22314      (703) 299-3982 (fax)

May 4, 2020

Samuel J.B. Angell
Assistant Federal Defender
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut St, Suite 545W
Philadelphia, PA  19106
Email:  Samuel_Angell@fd.org

Joan C. Robin
114 North Alfred Street
Alexandria, VA  22314
Email:  joni@jonirobinlaw.com

Re:      *United States v. Jorge Avila Torrez,* No. 1:11-cr-115 (LO)

Dear Mr. Angell:

This letter memorializes our agreement regarding the filing of a motion for your client, Jorge Avila Torrez, pursuant to Title 28, United States Code, Section 2255.

Under Title 28, United States Code, Section 2255(f)(1), your client must file his motion to vacate, set aside, or correct his sentence on or before June 17, 2020, which is one-year following the date on which the judgement of his conviction became final.  You have represented to the government that the coronavirus pandemic and the resulting restrictions and closures have made it impossible for you and your staff to complete your work in preparing and filing your client's motion by this date.

Based upon these representations, as we agreed, the United States waives any statute of limitations defense pursuant to Title 28, United States Code, Section 2255(f)(1), for any motion to vacate, set aside, or correct sentence filed on or before October 1, 2020.

In the event that the coronavirus pandemic continues considerably longer than we now anticipate, we would be willing to discuss whether you need any additional time in which to file your client's motion.

As you requested, I will file this letter with the Clerk's Office through the Court's electronic filing system and will also send a copy to the Honorable Liam O'Grady, United States District Judge.

Sincerely,

G. Zachary Terwilliger
United States Attorney


By:

James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Email: jim.trump@usdoj.gov
(703) 299-3726 (o)
(703) 928-9767 (c)