Dear Honorable Judge Liam O'grady

FILE
APR -5 2022
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:11cr115

Pg.1

I, Jorge Avila Torrez, F.B.O.P. # 18654084 would like to file a motion to represent myself in court. As of today 4/1/22 I no longer wish to be represented by the "Federal community defender office for the Eastern district of Pennsylvania." Anything filed by the Attorneys from this law firm from this pioat on dose not have my approval or authorization. I have allready told my attorneys about my decision to represent myself. I would like to file a 2nd motion if the need arises for it, to void and nullify all forms I have signed for my attorneys, that allows them to act in my name or to gather information and documents about me. I would like for this to go on the courts records. As of today I have stoped and cut off all forms of communication with my attorneys. This includes Legal mail, Legal calls, and Legal visits.

Jorge Torrez
4/1/22