**NAME:** Jorge Torrez
**NUMBER:** 16054 084
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

UNITED STATES
POSTAL SERVICE®

**USPS TRACKING #**

9114 9022 0078 9646 1478 73

Label 400 Jan. 2013
7690-16-000-7948

Legal mail

INDIANAPOLIS IN .460

1 APR 2022   PM 7 L



U.S. MARSHALS

Liam O'grady, Honorable Judge
U.S. District court, Eastern District of Virginia
401 courthouse Square,
Alexandria, VA 22314



RECEIVED

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

22314-579899