**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

UNITED STATES OF AMERICA,

    v.

JORGE AVILA TORREZ,

       *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:11-cr-115
Hon. Liam O'Grady

## <u>ORDER</u>

The Defendant in this case, Jorge Avila Torrez, has filed a letter Motion with the Court (Dkt. 500). This Motion informs the Court that Mr. Torrez no longer wishes to have the representation of his Court appointed attorneys. *See* Dkt. 472. The attorneys who represent Mr. Torrez are directed to file a memorandum to apprise the Court of the status of the case within twenty-one (21) days from the issuance of this Order.

It is so **ORDERED**.

April 8 , 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge