

FILED

MAY 13 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I, Jorge Avila Torrez, F.B.O.P. # 16054084, Here By request that the court and the government respond Back Directly To Me. This way I will Be able To know what is going on with my Appeal. I wrote The court on 4/1/22, asking To represent myself in court. To This Day 5/9/22 I have Not received a response To my letter To The court. I'm making This request Because I no longer wish To Be represented By The Attorneys From The "Federal community Defender office For The Eastern District of Pennsylvania". Just So The court knows, I have Broken off All Forms of communications with my Attorneys. So If You respond To Them I have no way To know what you say or whats going on. This is why I want The court and The government To respond Back To Me and Not my Attorneys That I Fired on 4/1/22. I would Like This request To Be recorded in The court records.

Jorge Torrez
5/9/22