**NAME:** Jorge Torrez

**NUMBER:** 16054 084

United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460

10 MAY 2022 PM 7 L

RECEIVED
MAY 13

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S. MARSHALS

**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

Label 400  Jan. 2013
7690-16-000-7948

9114 9022 0078 9647 6731 80

Liam Ogrady, Honorable Judge
U.S. District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Legal Mail

22314-579899

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected which this facility has a question or problem over the material for further information to return the correspondence may be forwarded writer encloses correspondence may be forwarded to the above listed address. If the writer encloses return to the above listed address. jurisdiction, you may wish to or clarification. If the writer please return to the above listed address. to another individual, please

RECEIVED
MAY 09 2022
BY: _____