IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JORGE AVILA TORREZ.,

Defendants.

No. 1:11-cr-115 (LO)

**NOTICE OF HEARING**

The United States hereby gives notice that the parties shall appear at 9:00 a.m. on

July 15, 2022, for a hearing on the defendant's pro se motion (Docket Entry 500),

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
James L. Trump
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3726
Email: jim.trump@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2022, I caused the foregoing document to be served on all counsel of record through the Official Court Electronic Filing System.

_____/s/_____

James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3726
jim.trump@usdoj.gov
