Honorable Judge
Liam O Grady

FILED
MAILROOM
JUL 1 2 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I, Jorge Avila Torrez, F.B.O.P. # ~~78654-~~ would like to bring the following things to the courts attention. I have spoken to the court appointed attorney, James Hundley. The first time I talked to him, He told me that he was appointed to represent me on my motion that I filed to represent myself, and that he has nothing to do with the Federal Public Defenders office of Pennsylvania. I asked him for his legal advise for how to get rid of my attorneys from Pennsylvania. Mr. Hundley advised me not to do so. The best advise He could or would give me was to keep on doing what Im doing now. I can tell by Mr. Hundley's advise to me that he dose not want the same things that I want. So how is he to represent or advise me properly? Let me make one thing clear tho. I asked to represent myself in court, I did not ask for new attorneys and I do not want new attorneys. I can and will speak for myself. The second time I spoke to Mr. Hundley, He told me that he talked to the attorneys from Pennsylvania and that he told them everything that I told him. I did not give him permission to do so. By doing this he has violated my trust and the client confidentiality agreement. Mr. Hundley's excuse to me was that they, meaning the attorneys from Pennsylvania and He, are just trying to find out the best way to represent me. Not only did he violate my trust, he also lied to me by saying He had nothing to do with the Pennsylvania attorneys. By doing this Mr. Hundley is helping the Pennsylvania attorneys to stay on my case, witch is against what I want. Why is Mr. Hundley playing on both sides of the field? This is a conflict of interest.

I fired my attorneys from Pennsylvania on 4/1/22. I find out from Mr. Hundley that they are trying to buy more time, so that they can finish and file the brief that they have been working on. I do not want or need there brief. I here by make a motion to the court to disregard, and to expunge anything that my former attorneys have filed or will file, on or after 4/1/22. This is to include the brief that my former attorneys have been working on.

on 6/30/22 I received a envelope from Mr. Hundley. I got it as regular mail not legal mail. I asked Mr. Hundley about it. He said it was sent as legal mail. I can see for myself that the address lable was cut off of another envelope that is white in color. The address lable was taped to a yellow legal envelope. on the lable it's self it says, "attorney client privileged materials". So on farther inspection I could see that the envelope I received had no signs of having been through the post office. The envelope has no serial numbers, no bar codes, and no stamps on it anywere. This leaves me to beleave that the prison has opened and read my legal mail. This is not the first time this has happend to me. This is a on going issue here in this prison. This is happening to multiple prisoners here with me. The prison opened and read my legal mail, then changed out the original envelope my legal mail came in. I asked Mr. Hundley what was it that he has sent me. I find out that im missing my two "notice of hearigs", for 6/28/22, and 7/15/22. So not only has the prison opened and read my legal mail, witch is in violation of there own policys and program statements, They have deliberately removed legal items from my legal mail.

I am NO Attorney or Federal Judge Like your self your honor, BUT when Look Know The have They once Attorneys ABOUT is it NOT a Federal offense To Tamper with The mail? I asked Mr. Hundley what he will Do about This, he said he will iato This and ask questions To The counselor weyrauch. I From experience That This will Do Nothing and solve nothing. Attorneys can NOT and will NOT Do anything to help us out. They told me This themselves Before I got rid of Them. They Told me have a Agreement with The Prison NOT To go AFTer Them. So again How can They represent me and The Prison? Sentce The can NOT help me with This Issue, can you Please Do Something This?

Sincerely

7/8/22