1:11 CR 115



RECEIVED MAILROOM
JUL 1 2 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

**NAME:** Jorge Torrez
**NUMBER:** 16054 084
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808




UNITED STATES POSTAL SERVICE®

**USPS TRACKING #**

9114 9022 0078 9766 2952 63

Label 400 Jan. 2013
7690-15-000-7948

Legal Mail

INDIANAPOLIS IN 460

8 JUL 2022    PM 4 L



U.S. MARSHALS

Liam Ogrady, Honorable Judge
U.S. District Court, Eastern District of VA.
401 Courthouse Square
Alexandria, VA 22314



22314-579899