IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,      )
                               )
v.                             )      CASE NO. 1:11cr115
                               )
JORGE AVILA TORREZ             )
                               )
            Defendant          )

ORDER

This matter is currently scheduled on the Court's docket on August 19, 2022 at

9:00 am for hearing. Defendant is currently housed at the Northern Neck Regional Jail and his

presence is necessary locally in Alexandria until that time in order for him to prepare with

counsel for the hearing on August 19. It is therefore accordingly

**ORDERED** that the Defendant, Jorge Avila Torrez be transported from Northern

Neck Regional Jail to the Alexandria Detention Center immediately where he shall remain until

further Order of the Court. The Clerk is directed to provide a copy of this Order to the United

States Marshals Service forthwith.

It is so **ORDERED.**

_____
Liam O'Grady
United States District Judge

Alexandria, Virginia
August 10, 2022