# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.

**MOTION HEARING**

**JORGE AVILA TORREZ**

Case No. 1:11cr115

(01:21)

HONORABLE LIAM O'GRADY, presiding
Proceeding Held: 08/19/2022
Deputy Clerk: Paulina Miller

Time Called: 9:56 a.m.
Time Concluded: 11:17 a.m.
Court Reporter: S. Wallace

## Appearances:

UNITED STATES OF AMERICA by:

James Trump

JORGE AVILA TORREZ in person and by:

Joan Robin, Jim Hundley, Joanne Heisey, Sam Angell

INTERPRETER: None

☐ Interpreter Sworn

**[500]** Motion to Represent Self in Court by Jorge Avila Torrez

Matter Argued and Court rules that the Defendant remain at the Alexandria Detention Center to complete a mental evaluation.

Two Letters by Jorge Avila Torrez given to Judge in open court.

Defendant remanded.