IN OPEN COURT

AUG | 9 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Pg. 1

1) Legal calls are scedualed 1 HR Back To Back. When someone has a Legal call after I do, I some times get ~~cought~~ CUT OFF before Im done talking to my Lawyers. I have to give up the legal phone so the next person can use it. I have talked to my Lawyers for up to 1½ hr - 2 hr when no one has a Legal call after I do. a simpo~~re~~ sulution to this is for my Lawyers to ask for a 2 hr time slot fore our legal call. They have refused to do this.

2) Legal mail is opend outside of my presentce even when it is clearley marked as Legal mail as per the "P.S. correspondence" for the prison. The prison has started to change out the origenal envelopes that the legal mail has come in, for one that has not even been through the post office. This is done to destroy~~ed~~ evedince that the legal mail was sent as legal mail as per there own "P.S. correspondence." This is happening to multiple inmates at Terre haute prison. My Lawyers are awere of this and they do nothing about it. My Lawyers represent about ⅓ - ½ the inmate population at Terre haute. So when they send me legal mail with out there name on it or with out stamping it legal mail they know it will be opend and read as if it were regulare mail. This has happend on some ocations. As Lawyers they should know how to send out Legal mail as I have brovght this issue up with them befoe.

3) Legal visits with my Lawyers last anywere from 1 HR - 4 HR Long. I have had a 4 hr long visit were we have talked about every thing like; The hardashing, Alians, News, Animals, TV shows, every thing but my case. At the most we spent 10 min talking about my case, the rest was all small talk. If this is what they get ~~paid~~ to do then sign me up. I can do that all day. When I brovght this up to one of them all they could do was smile and laughf Because it was true.

IN OPEN COURT

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRG.

Pg. 2

4) on one Day I ask my Lawyers To send me my Discovery of The MRI Pics That They had From when I went To george washington university hospital. They gave me all kinds of ~~excusions~~ excusess of why they cant Do it Like: They Dont know if its all aloud in, They Dont know how To Do it, They Dont want other People To see it, They Dont know if The Law Library has The soft were To veiw it and so on. as I have said Befor, my Lawyers are not New To The game. They represent most of the inmates at Terre Haute. They were Just Playing STUPed with me. when I Threatend To Fire Them and get new Lawyes who would send it To me, They sent me my MRI Pics The vary Next Day.

5) Expert witnesses have Been ~~~~ highered By my Lawyers To Test me, Question me, Examen me. each expert was To File a report on There STUDeys of me after They reviewed There Data. I have asked my Lawyers To give me a copy of The experts witnesses report about me so I can review it. To This Day I Do Not have a copy of Them. my Lawyers Tell me They have not Been Filed yet and They Do not have Them. The Experts came and Saw me many months ago. Its Been so Long now That covid-19 is no excuse of why The reports have not Been Filed yet.

6) The MRI Imagess From when I went To george washington university hospital were reveiwed By some one my Lawyers highered or Talked To. They Told my Lawyers That a Part of my Brain was eather To Big or To Small. when I asked my Lawyers about This They could not Tell me what Part of The Brain it was, or if it was To Big or To Small. They said That The expert needed To see a Funsional MRI Scan To Tell if my Brain was To Big or small and That if it was working right. They said That The MRI Scan I got was a STanderd one. I Told my Lawyers To set up and get The MRI Scan That The expert needs. To This Day it has not Been Done or set up.

Pg. 3

7) My Due Proccess rights and Access To The Courts have Been ViolaTeD aT Terre haUTe. The 1st STeP To File a grievance (called ADministrative remeeDy) is To File a BP-8 Form. They have UP To 5 working Days To respond To The BP-8 Form. IF They Do NoT respond within The Time Frame givin You can move on and File a BP-9 Form. They have UP To 20 working Days To respond To The BP-9 Form. The Same goes For The BP-10 and BP-11 Forms. IF More Time is NeeDeD For Them To respond To any OF The Forms They are To NOTiFY You with The New DeaD Line DaTe For Them To respond Back To You. This is Per There own P.S.. The main M.O. aT Terre haUTe is To NOT reTurn or respond To The BP-8's. This is Done To PrevenT You From going on To The NexT STeP To File a BP-9. IF You Do NoT Like a resPonce You geT on Your BP-8 You have To Turn in a COPY OF The BP-8 Form aLong with The BP-9 Form. So how can You go on IF They Do NoT reTurn or resPond To The BP-8s? Filing a grievance is JusT The 1st STeP To Fileing a Law SuiTe againsT The Prison. With ouT going Through The grievance ProceDger a Law SuiTe will go No were in courT. This is My Due Proccess and Access To The courTs. That is why They Do anyThing and everyThing To Try and STOP you From Filing a ADministrative remmeDey. This InCLuDs reTaLiaTion.

8) My LawYers ToLD me They have a AgreemenT with The Prison To NOT Prosue Them with LegaL acTTion. how can They represenT me and The Prison aT The Same Time? This is a confLicT OF InTresT. They are helPing The Prison cover uP and geT away with Braking The Law and violaTing There own P.S.. Because of This agreemenT They can NoT and will NOT helP me with The issues IM having aT The Prison.

9) aT one PoinT in Time I ask my Lawyers To geT my medicaL recorDs From Terre Haute So I can see my BLooD TesT resaLTs. IT Took Them one Year To geT Them. IT Took me 2 weeks To geT my medicaL recorDs. This is UnexseptiBLe To me. IT shouLD NoT have Taken Them That Long To geT iT Done.

Pg.4

10) When I talked to the Investigaters on my case they have told me that, some of my friends have asked if they can write me. they told me that they have told everone NOT to write me because they might use them on my case. Why the H**** are they cutting off my ties to the community? are we not incouriged by jail and prisons to have ties to the out side world? So why am I being cut off from mine by the people who are supposed to be helping me? My Lawyers have said to me that they care about me, this proves other wise to me. Iv told them that if they cared about me that they should send me money for commissary. of courss they did not do that because they do not truley care about me.

11) My Lawyers DO NOT understand me when I talk to them over the phone, in person or in letters I send as legal mail. I spesificlly told Claudia what I wanted done and how I wanted it done. She told me she would take care of it and do it herself. I told her IM tired of wighting around for it to be done. She said she would do it by next week and send me the E-mails to show me thats it been done. two weeks later I have a legal call with her. I find out that she still has not sent out the E-mails that I told her about. IM waighting to get answers to my questions and I find out that my questions havint even been asked yet. I even sent her a letter telling her what questions I wanted asked and what to say. when she told me she still has not done it I cussed her out and tore her a new one over the phone. I had been trying to get this done at least 2-3 weeks before she said she would do it herself. I do not understand whats so hard about sending out a E-mail to the wardon of terre Haute to ask if he is aware of whats going on inside of his prison. This was a time sencitive issue and they perpusley hampered me by not doing what I told them to do.

pg.5

when I was cussing her out and yelling at her I maid my self varey clear of what I wanted Done and how I wanted it Done. I asked her Do You understand what I want Done and how? She said Yes. I asked her Do I make my self clear to her? She said Yes. I asked her Do you understand me and what I want Done? She said Yes. So then I hung up on her. A week or so Later I get the e-mail she sent. It turned out that she F***** it all up. She sent it out to the wrong person. Then she asked things that I did not tell her to ask. If she dose not understand me, If she dose not get the message, Then get her the hell off of my case. I Do not want or need someone like that on my case.

12) I asked my Lawyers to Do something for me. I asked them to get me the Name and Phone # of a Lawyer who can and will File a Law Suite against the Prison. Is This thing so hard to Do and Find out? I think not. Anyways They gave me "George Kouros" Name and #. IV Talked to george kouros, it Turns out he is investigating the conditions at the prison. he is not going To File a Law Suite against the Prison. So in this regard my Lawyers once again Failed me completley. They cant seem to Do simple things. So why Should I Trust them to Do complex things like represent me on my Death Penalty Appeal? My Lawyers have that agreement with the Prison that I mentioned earleyer. So in my eyes my Lawyers are eathere: completley incompitent, Playing stupid, or intentionaly hampering me from Fileing a Lawsuite against the Prison. ethere way it gose they should be Fired From being Lawyers.

13) Lets Face reality your honer, I am not facing 268 years, 5 Life Sentinces, and the Death Penalty. I have all ready been tryed and sentinced to this amount of time. By my understanding the Death Penalty is the highest Punishment I can receive am I right? what could be worse? So the way I

P9. 6

See it nothing worse can happen to me now. Im all ready sentinced to die. Persentage wise (%) The Feds have like a 99.8% conviction ratting. That means that with counsel I only have a 0.2% chance of wining. So how can I do any worse then a 0.2% chane of wining IF I represent my self on my habeas corpus petition? Do you beleave that I do not have a 0.2% cance of wining by myself? I beleqve I have a 1% chance of wining by my self going pro se. even tho these numbers are vary smal I still have a better chance of wining this case by my self then I do playing the lottery. My 1% chance is a lot better then if I go on with a 0.2% with counsel. Il take those odds anyday. After all whats the worst thing that can happen? Oh! Thats right IT all ready happend. Iv been sentenced to die by leathal injection. Thats it, my life is over; lights out, the end.