In response to Warden Jeffrey Kruger Memorandum

FILED
IN OPEN COURT

AUG 1 9 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1) Why is the warden Filing a Memorandum in my motion to proceed pro se? He is trying to protect him self and the prison from me, from filing a law suite. And my lawyers are helping him get away with it. And is it a normal thing that happens, the warden getting involed in something that has nothing to do with him?

2) How would it Be "counter to the interests of justice", for me to proceed pro se?

3) My lawyers represent 30-50 other cases. They are to bussy or distrackted to work efficiency on my case. Porceding pra se I only have 1 case, mine. How is this not efficent? The only thing that my lawyers are good for is to cause delays and ask for continuations. How is doing that efficent?

4) As I have said Before, my lawyers do not understand me. They can not solve simple problems with simple solutions. This is why I do not trust them with my case. My cases litigation is unique and complex.

5) Most if not all of the thing my lawyers are working on, they did not come accross By them selves. I have pointed them and guided them in many things. If not for me they would not have found out about some people. They had no clue untill I showed it to them. Its like im sometimes doing there Job for them. Like the year Books. Investigation & interviews, medical records, experts

6) Your honer, you saw my federal trial, you were there. Are you realy going to over turn my case and give me life insted or through out my case all together now? I think not. So do I realy have viable claims for relif?

7) You see your honer, just like in the williams case, my lawyers are Bent on undermining any viable chance of sueing the prison, that I have.

FILED
IN OPEN COURT

This is a conflict of intrest. I should sue my lawyers for the harm they have caused me for this law suite case.

8) As a indigent deat row prisoner I am entitled and have the right to invoke the appointment of counsel to file a habeas corpus petition. This is per the constitution. The argument has been maid that the constitution dose not mention the right to self representation, well were in the constitution dose it say that I must have counsel for a habeas corpus petition? Last time I checked entitled did not mean, must have against my ~~will~~ will, nor dose "the right" mean this eather.