**SUBMITTED FOR FILING *EX PARTE***

|  |  |  |
|---|---|---|
| JORGE AVILA TORREZ, | : | |
| | : | |
| Movant, | : | Criminal No. 1:11-CR-00115-LO |
| | : | |
| v. | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| JEFFREY KRUEGER, Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | Hon. Liam O'Grady |
| | : | |
| Respondents. | : | |

**MOTION FOR PRODUCTION OF JORGE AVILA TORREZ'S
BUREAU OF PRISONS RECORDS**

Petitioner JORGE AVILA TORREZ, Reg. No. 16054-084, a federal prisoner convicted of

murder and sentenced to death, hereby moves this Court to issue an order directing the United

States Bureau of Prisons ("BOP") to produce Mr. Torrez's BOP records, including but not limited

to, all of Mr. Torrez's medical records, all records concerning Mr. Torrez's mental health, all of

the records consisting of and relating to his grievances, all records regarding a May 31, 2021

incident in which Mr. Torrez was sent to the hospital, all disciplinary records and all records

concerning his hunger strike(s). In support of this motion, Mr. Torrez submits the following:

1. Mr. Torrez is a death-sentenced federal prisoner currently incarcerated at the

United States Penitentiary at Terre Haute (USP-Terre Haute).

2. Mr. Torrez has filed a request to proceed pro se and on Friday, August 19, 2022, the Court held a hearing on that request.

3. At the hearing, the Court decided to order a competency evaluation of Mr. Torrez and seek to have Richard Ratner, M.D., evaluate Mr. Torrez. Dr. Ratner had evaluated Mr. Torrez before trial in this case.

4. At the hearing, counsel for Mr. Torrez requested that the Court order the BOP to produce Mr. Torrez's records and the Court indicated it would do so. Counsel stated he would file a motion for the records.

5. Among other issues, it is expected that the records will provide information about an incident on May 31, 2021 when BOP personnel sent Mr. Torrez to the hospital for a head injury and vomiting. A hospital record states Mr. Torrez was given Narcan.

6. These records should be produced because background records are important for mental health evaluations. *See, e.g., Rompilla v. Beard*, 545 U.S. 374, 390 (2005) (important collateral background information was contained in prison files and other records); *Jacobs v. Horn*, 395 F.3d 92, 106 (3d Cir. 2005) (mental health professional must be provided with "necessary information").

WHEREFORE, Mr. Torrez respectfully requests that this Court issue an order directing the Bureau of Prisons to produce to undersigned counsel a copy of Mr. Torrez's BOP records, including but not limited to, all of Mr. Torrez's medical records, all records concerning Mr. Torrez's mental health, all of the records consisting of and relating to his grievances, all records regarding a May 31, 2021 incident in which Mr. Torrez was sent to the hospital, all disciplinary records and all records concerning his hunger strike(s).

2

Respectfully submitted,

/s/ Samuel J.B. Angell
KATHERINE THOMPSON
SAMUEL J.B. ANGELL
JOANNE HEISEY
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone (215) 928-0520
Samuel_Angell@fd.org

/s/ Joan C. Robin
JOAN C. ROBIN
VA Bar # 44502
114 North Alfred Street
Alexandria, VA 22314
Telephone (703) 349-1111
Facsimile (703) 349-1118
joni@jonirobinlaw.com

Counsel for Petitioner, Jorge Avila Torrez

August 23, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2022, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/Joan Robin