# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JORGE AVILA TORREZ,

        Movant,

        v.

JEFFREY KRUEGER, Warden, USP Terre
Haute, UNITED STATES OF AMERICA

        Respondents.

:
:
:
:
:
:
:

Criminal No. 1:11-CR-00115-LO

**CAPITAL § 2255 PROCEEDINGS**

Hon. Liam O'Grady

## ORDER

AND NOW, this __23__ day of __August__, 2022, upon consideration of Petitioner's

Motion for Production of Jorge Avila Torrez's Bureau of Prison Records, it is hereby ORDERED

that Movant's Motion is GRANTED.

IT IS FURTHER ORDERED THAT the Warden at USP Terre Haute shall promptly

provide Mr. Torrez's counsel with copies of the BOP records for Jorge Avila Torrez, Reg. No.

16054-084, including but not limited to, all of Mr. Torrez's medical records, all records

concerning Mr. Torrez's mental health, all of the records consisting of and/or relating to his

grievances, all records regarding a May 31, 2021 incident in which Mr. Torrez was sent to the

hospital, all disciplinary records and all records concerning his hunger strike(s).

BY THE COURT:

/s/

Liam O'Grady
United States District Judge