IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　CASE NO. 1:11cr115
　　　　　　　　　　　　　　　　　　　　)
JORGE AVILA TORREZ　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant　　　　　　　　　)

ORDER

Pursuant to 18 U.S.C. § 4241, and upon its own motion, the Court has determined that a psychological or psychiatric examination of the defendant is necessary. Therefore, the Court hereby appoints Richard A. Ratner, M.D., to perform that evaluation and report the results of that evaluation to the Court. The evaluation is presently scheduled to take place during the week of September 5, 2022 at the Alexandria Detention Center.

The Court undertakes the financial responsibility for Dr. Ratner's professional fees in this regard.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Liam O'Grady
　　　　　　　　　　　　　　　　　　United States District Judge

Alexandria, Virginia
August 26, 2022