**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| JORGE AVILA TORREZ, | : | |
| | : | |
| Movant, | : | Criminal No. 1:11-CR-00115-LO |
| | : | |
| v. | : | **CAPITAL § 2255 PROCEEDINGS** |
| | : | |
| JEFFREY KRUEGER, Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | Hon. Liam O'Grady |
| | : | |
| Respondents. | : | |

**MOTION FOR PRODUCTION OF JORGE AVILA TORREZ'S
RECORDS POSSESSED BY ALEXANDRIA DETENTION CENTER AND
NORTHERN NECK REGIONAL JAIL**

Petitioner JORGE AVILA TORREZ, Reg. No. 16054-084, a federal prisoner convicted of

murder and sentenced to death, hereby moves this Court to issue an order directing the

Alexandria Detention Center and Northern Neck Regional Jail to produce the records on Mr.

Torrez in their possession, including but not limited to, all of Mr. Torrez's medical records, all

records concerning Mr. Torrez's mental health, all of the records consisting of and relating to his

grievances, and all disciplinary records. In support of this motion, Mr. Torrez submits the

following:

1.      Mr. Torrez is a death-sentenced federal prisoner previously incarcerated at the

United States Penitentiary at Terre Haute (USP-Terre Haute).  He is currently

incarcerated at the Alexandria Detention Center and was incarcerated previously at

Northern Neck Regional Jail.

2. Mr. Torrez filed a request to proceed pro se and, on Friday, August 19, 2022, the Court held a hearing on that request, indicating it would order a competency evaluation for Mr. Torrez.

3. By Order dated August 23, 2022, the Court directed the Warden of USP – Terre Haute to produce certain records for the competency evaluation.

4. On August 26, 2022, the Court issued an Order for a competency evaluation of Mr. Torrez and appointed Dr. Richard Ratner to perform the evaluation.

5. The records of Mr. Torrez's incarceration at Alexandria Detention Center and Northern Neck Regional Jail are his most recent institutional incarceration records and are therefore relevant to, and necessary for, the upcoming competency evaluation.

6. The courts have held that institutional records are important background records for mental health evaluations. *See, e.g., Rompilla v. Beard*, 545 U.S. 374, 390 (2005) (important collateral background information was contained in prison files and other records); *Jacobs v. Horn*, 395 F.3d 92, 106 (3d Cir. 2005) (mental health professional must be provided with "necessary information").

WHEREFORE, Mr. Torrez respectfully requests that the Court issue an order directing the Alexandria Detention Center and Northern Neck Regional Jail to produce to undersigned counsel a copy of Mr. Torrez's records, including but not limited to, all of Mr. Torrez's medical records, all records concerning and/or related to Mr. Torrez's mental health, all records consisting of and relating to his grievances, and all disciplinary records.

Respectfully submitted,

/s/ Samuel J.B. Angell
KATHERINE THOMPSON
SAMUEL J.B. ANGELL
JOANNE HEISEY
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone (215) 928-0520
Samuel_Angell@fd.org

/s/ Joan C. Robin
JOAN C. ROBIN
VA Bar # 44502
114 North Alfred Street
Alexandria, VA 22314
Telephone (703) 349-1111
Facsimile (703) 349-1118
joni@jonirobinlaw.com

Counsel for Petitioner, Jorge Avila Torrez

Dated: August 29, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2022, I will electronically file the

foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a

notification of said filing (NEF) to counsel of record.


_____/s/Joan Robin