# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JORGE AVILA TORREZ,

        Movant,

        v.

JEFFREY KRUEGER, Warden, USP Terre
Haute, UNITED STATES OF AMERICA

        Respondents.

Criminal No. 1:11-CR-00115-LO

**CAPITAL § 2255 PROCEEDINGS**

Hon. Liam O'Grady

## ORDER

AND NOW, this 30th day of August , 2022, upon consideration of Petitioner's Motion for Production of Jorge Avila Torrez's Records Possessed by Alexandria Detention Center and Northern Neck Regional Jail, it is hereby ORDERED that Movant's Motion is GRANTED.

IT IS FURTHER ORDERED THAT the Chief Deputy at the Alexandria Detention Center and the Warden at Northern Neck Regional Jail shall promptly provide Mr. Torrez's counsel with copies Mr. Torrez's records, including but not limited to, all of Mr. Torrez's medical records, all records concerning and/or related to Mr. Torrez's mental health, all records consisting of and/or relating to his grievances, and all disciplinary records.

The contact information for Mr. Torrez's counsel is: Samuel Angell, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, 601 Walnut St., Suite 545W, Philadelphia, PA 19106; 215-928-0520; email: Samuel_Angell@fd.org.

BY THE COURT:

/s/

Liam O'Grady, U.S.D.J.
United States District Judge