# EXHIBIT A

**From:** Samuel Angell
**To:** "Schalburg, Rob (BOP)"; Tyus, Kimberly (BOP)
**Subject:** RE: Jorge Torrez, Reg. No. 16054-084
**Date:** Thursday, September 08, 2022 12:00:00 PM

Hello,

Thank you for today's email.

As I told your paralegal, I never received your email sent on 8/24/22.

Sam Angell

**From:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Sent:** Thursday, September 08, 2022 11:50 AM
**To:** Samuel Angell <Samuel_Angell@fd.org>; Tyus, Kimberly (BOP) <KTyus@bop.gov>
**Subject:** Fwd: Jorge Torrez, Reg. No. 16054-084

This is a resend of the message I sent you on 8-24-22.

Thanks,

Rob

**From:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Sent:** Wednesday, August 24, 2022 1:38:01 PM
**To:** Samuel Angell <Samuel_Angell@fd.org>
**Subject:** Re: Jorge Torrez, Reg. No. 16054-084

Good morning Mr. Angell:

Attached are records responsive to the Court Order.  Most of these were in the pending FOIA files which after I checked today, had not been finalized by Central Office staff.  Please let me know if I can be of further assistance.

Thanks,

Rob

**From:** Samuel Angell <Samuel_Angell@fd.org>
**Sent:** Wednesday, August 24, 2022 10:56 AM
**To:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Cc:** Joanne Heisey <Joanne_Heisey@fd.org>; Trump, Jim (USAVAE) <JTrump@usa.doj.gov>

**Subject:** [EXTERNAL] Jorge Torrez, Reg. No. 16054-084

Good morning Mr. Schalburg,

Attached please find an Order issued yesterday in Jorge Torrez's case.  Mr. Torrez's  Reg. No. is 16054-084.

I am writing to request that you provide the responsive documents to me as set forth in the Order.

Thank you,

Samuel Angell
Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut St., Suite 545W
Philadelphia, PA  19106
215-928-0520(o)
267-456-1867(c)

# EXHIBIT B

| | |
|---|---|
| **From:** | Schalburg, Rob (BOP) |
| **To:** | Samuel Angell |
| **Subject:** | Re: Jorge Torrez, Reg. No. 16054-084 |
| **Date:** | Friday, September 23, 2022 9:21:30 AM |

We have no further documents responsive to the Court Order.

Rob

**From:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Sent:** Friday, September 23, 2022 8:19 AM
**To:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Subject:** Fw: Jorge Torrez, Reg. No. 16054-084

This is one of those SCU attorneys. He said you sent him some stuff but doesn't think you sent him everything.

Sincerely,

**Alexis McGee**
*Senior Attorney Advisor*
FCC Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802
(812) 238-3496

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately at the above number to make arrangements for its return to us.

**From:** Samuel Angell <Samuel_Angell@fd.org>
**Sent:** Tuesday, September 20, 2022 1:28 PM
**To:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Subject:** [EXTERNAL] RE: Jorge Torrez, Reg. No. 16054-084

Good afternoon,

I have reviewed your email.

Your email response says that BP-8s are not retained. However, it does not state when they were destroyed. Kindly produce any of Mr. Torrez's BP-8s not attached to the BP-9s produced yesterday that are in the possession or control of BOP employees.

As for email-type or electronic grievances, the response does not state that they have been destroyed. It would appear that they would be available on computers or servers or the like. Accordingly, kindly produce the email-type or electronic grievances sent by Mr. Torrez.

Thank you for your assistance,

Samuel Angell

---

**From:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Sent:** Monday, September 19, 2022 8:25 AM
**To:** Samuel Angell <Samuel_Angell@fd.org>
**Subject:** Re: Jorge Torrez, Reg. No. 16054-084

Mr. Angell:

The relevant national program statement is PS. 1330.18, *Administrative Remedy Program* and it is available on our public BOP website. Our local supplement provides additional information in THX-1330.18E, *Administrative Remedy Program.* We do not retain BP-8s as they are informal resolutions. National policy provides that "an inmate shall first present an issue of concern informally to staff, and staff shall attempt to formally resolve the issue before an inmate submits a Request for Administrative Remedy." An informal request is commonly called the BP-8. It is not considered as part of the "formal" request for an administrative remedy. The BP-8, unlike the formal requests/appeals, is not logged into the SENTRY database. It is the form completed before the Warden gets involved. I would describe this as an informal opportunity for staff and inmates to resolve issues prior to escalation to the Warden. That being said, generally in order to submit a formal request, such as a BP-9 at the institutional level, you have to include that you attempted an informal resolution. However, if the individual doesn't appeal the informal resolution then no copy would have been retained.

Now, you mentioned in your email that you didn't understand what I meant by the 3-year retention policy as "Mr. Torrez has been housed at USP Terre Haute for the majority of the past three years." I don't work with the SCU that often so I am not entirely apprised of your client's sentence and his time of designation to FCC Terre Haute. As such, my response was generalized to mention I can't provide documents beyond the 3 year period pursuant to retention policies. National policy provides that "Administrative Remedy Case Files shall be destroyed three full years after the year in which the cases were completed."

As for the email-type grievances. If he used them for his formal grievances, albeit not on the papers allocated for such, we should have a record of them as they would need to be attached to any formal administrative remedy requests. I hope this answers your questions. Please let me know how else I can assist you in this matter.

Sincerely,

**Alexis McGee**
*Senior Attorney Advisor*
FCC Terre Haute

4700 Bureau Road South
Terre Haute, Indiana 47802
(812) 238-3496

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately at the above number to make arrangements for its return to us.

---

**From:** Samuel Angell <Samuel_Angell@fd.org>
**Sent:** Friday, September 16, 2022 9:03 AM
**To:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Subject:** [EXTERNAL] RE: Jorge Torrez, Reg. No. 16054-084

Good morning,

Would you please provide me with the policy that states that BP-8s are not to be retained?

I'm not sure what you mean by the retention policy on administrative remedies is 3 years. Mr. Torrez has been housed at USP Terre Haute for the majority of the past three years.

The Court's Order directs the warden to produce "all records consisting of and/or relating to Mr. Torrez's grievances."

I am aware that there are email-type grievances made by Mr. Torrez. These and the responses thereto should be included in the production along with all other responsive documents.

Thank you,

Sam Angell

---

**From:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Sent:** Thursday, September 15, 2022 1:57 PM
**To:** Samuel Angell <Samuel_Angell@fd.org>
**Subject:** Re: Jorge Torrez, Reg. No. 16054-084

Okay, so which grievances are you missing? The informal resolutions (BP-8s) are not retained pursuant to policy. So, I won't have those to provide. Moreover, the retention policy on administrative remedies is 3 years so we wouldn't have any of those.

Sincerely,

**Alexis McGee**
*Senior Attorney Advisor*
FCC Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802
(812) 238-3496

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately at the above number to make arrangements for its return to us.

---

**From:** Samuel Angell <Samuel_Angell@fd.org>
**Sent:** Thursday, September 15, 2022 1:39 PM
**To:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Subject:** [EXTERNAL] RE: Jorge Torrez, Reg. No. 16054-084

Here it is.

---

**From:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Sent:** Thursday, September 15, 2022 1:37 PM
**To:** Samuel Angell <Samuel_Angell@fd.org>
**Subject:** Re: Jorge Torrez, Reg. No. 16054-084

Can you please resend the court order.

Sincerely,

**Alexis McGee**
*Senior Attorney Advisor*
FCC Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802
(812) 238-3496

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately at the above number to make arrangements for its return to us.

**From:** Samuel Angell <Samuel_Angell@fd.org>
**Sent:** Thursday, September 15, 2022 1:35 PM
**To:** McGee, Alexis (BOP) <a4mcgee@bop.gov>
**Subject:** [EXTERNAL] FW: Jorge Torrez, Reg. No. 16054-084

Good afternoon Ms. McGee,  Below is the email I sent Mr. Schalburg.  Please let me know if you have any questions.  Thank you,  Samuel Angell (215) 928-0520 (o); (267) 456-1867 (c)

**From:** Samuel Angell
**Sent:** Tuesday, September 13, 2022 9:11 AM
**To:** 'Schalburg, Rob (BOP)' <kschalburg@bop.gov>; Tyus, Kimberly (BOP) <KTyus@bop.gov>
**Subject:** RE: Jorge Torrez, Reg. No. 16054-084

Good morning,

I reviewed the materials you sent for Mr. Torrez.

While there are some summaries related to grievances, we are missing the actual grievances and other documents related to them, appeals, responses, etc.

Kindly forward those documents to me, as well.

Thank you,

Sam Angell

**From:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Sent:** Thursday, September 08, 2022 11:50 AM
**To:** Samuel Angell <Samuel_Angell@fd.org>; Tyus, Kimberly (BOP) <KTyus@bop.gov>
**Subject:** Fwd: Jorge Torrez, Reg. No. 16054-084

This is a resend of the message I sent you on 8-24-22.

Thanks,

Rob

**From:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Sent:** Wednesday, August 24, 2022 1:38:01 PM
**To:** Samuel Angell <Samuel_Angell@fd.org>
**Subject:** Re: Jorge Torrez, Reg. No. 16054-084

Good morning Mr. Angell:

Attached are records responsive to the Court Order.  Most of these were in the pending FOIA files which after I checked today, had not been finalized by Central Office staff.  Please let me know if I can be of further assistance.

Thanks,

Rob

---

**From:** Samuel Angell <Samuel_Angell@fd.org>
**Sent:** Wednesday, August 24, 2022 10:56 AM
**To:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Cc:** Joanne Heisey <Joanne_Heisey@fd.org>; Trump, Jim (USAVAE) <JTrump@usa.doj.gov>
**Subject:** [EXTERNAL] Jorge Torrez, Reg. No. 16054-084

Good morning Mr. Schalburg,

Attached please find an Order issued yesterday in Jorge Torrez's case.  Mr. Torrez's  Reg. No. is 16054-084.

I am writing to request that you provide the responsive documents to me as set forth in the Order.

Thank you,

Samuel Angell
Assistant Federal Defender
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut St., Suite 545W
Philadelphia, PA  19106
215-928-0520(o)
267-456-1867(c)

# EXHIBIT C

| **From:** | Tyus, Kimberly (BOP) on behalf of THA-LegalSvcs-S (BOP) |
| **To:** | Samuel Angell |
| **Cc:** | Schalburg, Rob (BOP) |
| **Subject:** | Re: Jorge Torrez, Reg. No. 16054-084 |
| **Date:** | Monday, September 19, 2022 12:27:53 PM |
| **Attachments:** | 1110124-R1 TORREZ 16054-084 SCU.pdf |
| | 1110125-F2 TORREZ 16054-084 SCU.pdf |
| | 1110126-F2 TORREZ 16054-084 SCU.pdf |
| | 1110127-F2 TORREZ 16054-084 SCU.pdf |
| | 1111306-F1 TORREZ 16054-084 SCU.pdf |
| | 1126956-F1 TORREZ 16054-084 SCU.pdf |
| | 1108805-F1 TORREZ 16054-084 SCU.pdf |
| | 1110124-F2 TORREZ 16054-084 SCU.pdf |

Good morning Mr. Angell:

Attached are the requested Administrative Remedies.

**From:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Sent:** Thursday, September 08, 2022 11:50 AM
**To:** Samuel Angell <Samuel_Angell@fd.org>; Tyus, Kimberly (BOP) <KTyus@bop.gov>
**Subject:** Fwd: Jorge Torrez, Reg. No. 16054-084

This is a resend of the message I sent you on 8-24-22.

Thanks,

Rob

**From:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Sent:** Wednesday, August 24, 2022 1:38:01 PM
**To:** Samuel Angell <Samuel_Angell@fd.org>
**Subject:** Re: Jorge Torrez, Reg. No. 16054-084

Good morning Mr. Angell:

Attached are records responsive to the Court Order. Most of these were in the pending FOIA files which after I checked today, had not been finalized by Central Office staff. Please let me know if I can be of further assistance.

Thanks,

Rob

**From:** Samuel Angell <Samuel_Angell@fd.org>

**Sent:** Wednesday, August 24, 2022 10:56 AM
**To:** Schalburg, Rob (BOP) <kschalburg@bop.gov>
**Cc:** Joanne Heisey <Joanne_Heisey@fd.org>; Trump, Jim (USAVAE) <JTrump@usa.doj.gov>
**Subject:** [EXTERNAL] Jorge Torrez, Reg. No. 16054-084

Good morning Mr. Schalburg,

Attached please find an Order issued yesterday in Jorge Torrez's case. Mr. Torrez's Reg. No. is 16054-084.

I am writing to request that you provide the responsive documents to me as set forth in the Order.

Thank you,

Samuel Angell
Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut St., Suite 545W
Philadelphia, PA  19106
215-928-0520(o)
267-456-1867(c)