**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| JORGE AVILA TORREZ, | : | |
| Movant, | : | |
| | : | Criminal No. 1:11-CR-00115-LO |
| v. | : | **CAPITAL § 2255 PROCEEDINGS** |
| JEFFREY KRUEGER, Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | Hon. Liam O'Grady |
| Respondents. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Petitioner's

Motion for Production of Jorge Avila Torrez's Email-Type Grievances and BP-8s Not Attached

to BP-9s, it is hereby ORDERED that Movant's Motion is GRANTED.

IT IS FURTHER ORDERED THAT the Warden at USP Terre Haute shall promptly

provide Mr. Torrez's counsel with copies of the following records and/or documents in the

Bureau of Prisons' (BOP) possession or control:  (a) all email-type grievances that Mr. Torrez

sent to BOP employees, and (b) all of Mr. Torrez's BP-8s not attached to BP-9s.

IT IS FURTHER ORDERED THAT, if the Warden does not produce these records that

once existed, the Warden or his representative shall inform Petitioner's counsel of the date(s)

when they were destroyed.

BY THE COURT:

_____

Liam O'Grady, U.S.D.J.