# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JORGE AVILA TORREZ,

      Movant,

    v.

JEFFREY KRUEGER, Warden, USP Terre Haute, UNITED STATES OF AMERICA

      Respondents.

:
:
:
:
:
:
:

Criminal No. 1:11-CR-00115-LO

**CAPITAL § 2255 PROCEEDINGS**

Hon. Liam O'Grady

## ORDER

AND NOW, this 27th day of September, 2022, upon consideration of Petitioner's Motion for Production of Jorge Avila Torrez's Email-Type Grievances and BP-8s Not Attached to BP-9s, it is hereby ORDERED that Movant's Motion is GRANTED.

IT IS FURTHER ORDERED THAT the Warden at USP Terre Haute shall promptly provide Mr. Torrez's counsel with copies of the following records and/or documents in the Bureau of Prisons' (BOP) possession or control: (a) all email-type grievances that Mr. Torrez sent to BOP employees, and (b) all of Mr. Torrez's BP-8s not attached to BP-9s.

IT IS FURTHER ORDERED THAT, if the Warden does not produce these records that once existed, the Warden or his representative shall inform Petitioner's counsel of the date(s) when they were destroyed.

BY THE COURT:

/s/

Lian. O'Grady
United States District Judge
Liam O'Grady, U.S.D.J.