# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| JORGE AVILA TORREZ, | : | |
| Movant, | : | Criminal No. 1:11-CR-00115-LO |
| v. | : | **CAPITAL § 2255 PROCEEDINGS** |
| JEFFREY KRUEGER, Warden, USP Terre Haute, UNITED STATES OF AMERICA | : | Hon. Liam O'Grady |
| Respondents. | : | |

## MOTION FOR PRODUCTION OF JORGE AVILA TORREZ'S RECORDS POSSESSED BY INOVA ALEXANDRIA HOSPITAL

Petitioner JORGE AVILA TORREZ, Reg. No. 16054-084, a federal prisoner convicted of murder and sentenced to death, hereby moves this Court to issue an order directing the INOVA Alexandria Hospital to produce all records about Mr. Torrez in its possession, including all of Mr. Torrez's medical records. In support of this motion, Mr. Torrez submits the following:

1. Mr. Torrez is a death-sentenced federal prisoner previously incarcerated at the United States Penitentiary at Terre Haute (USP-Terre Haute). He is currently incarcerated at the Alexandria Detention Center (the "Alexandria Jail").

2. Mr. Torrez filed a request to proceed pro se and, on Friday, August 19, 2022, the Court held a hearing on that request, indicating it would order a competency evaluation for Mr. Torrez.

3.      On August 26, 2022, the Court issued an Order for a competency evaluation of Mr. Torrez and appointed Dr. Richard Ratner to perform the evaluation.

4.      On August 26, 2022 and August 30, 2022, the Court ordered the production of records concerning Mr. Torrez by the United States Bureau of Prisons, as well as the Alexandria Jail and Northern Neck Regional Jail, where Mr. Torrez was more recently incarcerated.  Dkt. Nos. 516, 520.

5.      The Alexandria Jail has continued to produce relevant documents.  On Friday, December 2, 2022, counsel received medical threat records regarding Mr. Torrez from the Jail.  Those records state, in part, that deputies took Mr. Torrez to INOVA Alexandria on October 11, 2022 due to lack of hydration.

6.      Courts have held that institutional records, including medical records, are important background records for mental health evaluations.  *See*, *e.g.*, *Rompilla v. Beard*, 545 U.S. 374, 390 (2005) (important collateral background information was contained in prison files and other records); *Jacobs v. Horn*, 395 F.3d 92, 106 (3d Cir. 2005) (mental health professional must be provided with "necessary information").

7.      The evaluation by Dr. Ratner is still pending.  Medical records are relevant to the evaluation.  Undersigned counsel request that the Court order INOVA Alexandria Hospital to produce the records for Mr. Torrez it has in its possession.

WHEREFORE, it is requested that the Court issue an order directing the Custodian of Records, INOVA Alexandria Hospital to produce all of Mr. Torrez's medical records in its possession, including but not limited to, all records regarding Mr. Torrez's hospital visit on October 11, 2022.

Respectfully submitted,

/s/ Samuel J.B. Angell
KATHERINE THOMPSON
SAMUEL J.B. ANGELL
JOANNE HEISEY
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone (215) 928-0520
Samuel_Angell@fd.org

/s/ Joan C. Robin
JOAN C. ROBIN
VA Bar # 44502
421 King Street, Suite 505
Alexandria, VA 22314
Telephone (703) 349-1111
Facsimile (703) 349-1118
joni@jonirobinlaw.com


Counsel for Petitioner, Jorge Avila Torrez

Dated: December 6, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2022, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/ Joan Robin