# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JORGE AVILA TORREZ,

        Movant,

    v.

JEFFREY KRUEGER, Warden, USP Terre
Haute, UNITED STATES OF AMERICA

        Respondents.

Criminal No. 1:11-CR-00115-LO

**CAPITAL § 2255 PROCEEDINGS**

Hon. Liam O'Grady

## ORDER

AND NOW, this 8 day of December, 2022, upon consideration of the Motion for Production of Jorge Avila Torrez's Records Possessed by INOVA Alexandria Hospital, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED THAT the Record Custodian at INOVA Hospital Alexandria shall promptly provide to Mr. Torrez's counsel copies of all of Jorge Avila Torrez's records, including but not limited to, all medical records from or related to Mr. Torrez's visit to the hospital on October 11, 2022.

The contact information for Mr. Torrez's counsel is: Samuel Angell, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, 601 Walnut St., Suite 545W, Philadelphia, PA 19106; 215-928-0520; email: Samuel_Angell@fd.org.

BY THE COURT:

/s/ _____

Liam O'Grady
United States District Judge
Liam O'Grady, U.S.D.J.