# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.                                        **STATUS HEARING**

**JORGE AVILA TORREZ**                    **Case No. 1:11cr115**

---

**HONORABLE LIAM O'GRADY**, presiding

Proceeding Held:  02/27/2023

Deputy Clerk:  Paulina Miller

| | |
|---|---|
| Time Called: | 10:08 a.m. |
| Time Concluded: | 11:08 a.m. |
| | (01:00) |
| Court Reporter: | S. Wallace |

**<u>Appearances</u>:**

UNITED STATES OF AMERICA by:                James Trump, Richard Cooke

JORGE AVILA TORREZ in person and by:        Joan Robin, Jim Hundley, Joanne Heisey, Sam Angell

INTERPRETER:  None                          ☐ Interpreter Sworn

---

The Court addresses the defendant Jorge Torrez as to case status.
Copies of briefs given to Defendant for review as Mr. Torrez advises the Court that he has never received them while at the ADC.

Counsel for the Government and the Defendant address the Court as to case status and the issue of self- representation of Defendant.

The Court rules that all counsel remain in place at this time.
Dr. Ratner to meet with Defendant's counsel, Joanne Heisey, prior to meeting with Mr. Torrez.
With no objection of the Government, a copy of the drafted petition be given to Dr. Ratner in confidential form so he may provide to the defendant Jorge Torrez.
Defendant's right to appeal is preserved.
The Court will schedule a subsequent hearing when appropriate.

Defendant remanded.