# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

JORGE AVILA TORREZ,

        Movant,

        v.

JEFFREY KRUEGER, Warden, USP Terre Haute, UNITED STATES OF AMERICA

        Respondents.

Criminal No. 1:11-CR-00115-LO

**CAPITAL § 2255 PROCEEDINGS**

Hon. Liam O'Grady

## NOTICE

Undersigned counsel hereby notify the Court that a copy of the attached draft habeas motion was provided to Movant Jorge Torrez and to Dr. Richard Ratner per this Court's order at the February 27, 2023 hearing.

Respectfully submitted,

/s/ Joanne Heisey
JOANNE HEISEY
KATHERINE THOMPSON
SAMUEL J.B. ANGELL
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone (215) 928-0520
Joanne_Heisey@fd.org

/s/ Joan C. Robin
JOAN C. ROBIN
VA Bar # 44502
421 King Street
Suite 505
Alexandria, VA 22314
Telephone (703) 349-1111
Facsimile (703) 349-1118
joni@jonirobinlaw.com

Counsel for Jorge Avila Torrez

March 14, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/_____

Joan Robin