IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JORGE TORREZ,

Defendant.

No. 1:11-cr-115 (RDA)

**ORDER**

Upon motion of the United States, good cause having been shown, it is hereby ORDERED that the United States Marshals Service shall transport the defendant from the Northern Neck Regional Jail to the Alexandria Detention Center no later than September 11, 2023;

It is further ORDERED that the defendant shall remain detained at the Alexandria Detention Center until September 16, 2023; and

It is further ORDERED that the defendant shall remain detained at a local facility until further order of this Court.

The Clerk is directed to forward a copy of this order to the United States Marshals Service, and the United States Marshals Service is directed to have a copy of this order delivered to the defendant.

Entered in Alexandria, Virginia, this _____ day of September, 2023.

_____
The Hon. Rossie D. Alston, Jr.
United States District Judge