IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:11-cr-115 (RDA) |
| | ) | |
| JORGE TORREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of the Motion of the United States (Dkt. 533) and for good cause shown, it is hereby ORDERED that the United States Marshals Service shall transport the Defendant from the Northern Neck Regional Jail to the Alexandria Detention Center no later than September 11, 2023; and it is

FURTHER ORDERED that the Defendant shall remain detained at the Alexandria Detention Center until September 16, 2023; and it is

FURTHER ORDERED that the Defendant shall remain detained at a local facility until further order of this Court. The Clerk is directed to forward a copy of this order to the United States Marshals Service, and the United States Marshals Service is directed to have a copy of this order delivered to the defendant.

It is SO ORDERED.

Alexandria, Virginia
September 8, 2023

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge