# ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 09/13/2023

Before the Honorable: **ROSSIE D. ALSTON, JR**

Time: 01:34 p.m. – 02:03 p.m. (00:29)

Case No.: 1:11-cr-00115-RDA-1

Official Court Reporter: Rhonda Montgomery

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

# V.

# JORGE AVILA TORREZ          X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| James Trump | Joan Robin<br>Joanne Heisey<br>Samuel Angell |

Appearances of Counsel for ( X ) Govt      ( X ) Deft

**Re:**     STATUS CONFERENCE

Briefed and:

- Court advises the defendant that his cooperation is needed with being evaluated by the doctor and as soon as that is completed, he would be transferred back to Northern Neck Regional Jail (NNRJ).

- Court directs the parties to provide a copy of all pleadings to the defendant.

- Court further rules Alexandria Detention Center (ADC) to notify family of defendant's location and when he returns to NNRJ.

[   ] Granted   [   ]  Denied          [   ] Granted in part/Denied in part

[   ] Taken Under Advisement        [   ]  Continued to

[   ]  Report and Recommendation to Follow

[   ] Order to Follow

- Defendant remanded.