Judge Torrez
Northern Neck Regional
PO Box 1060
Warsaw, VA 22572

RICHMOND VA  230

5 DEC 2023  PM 7

FOREVER
USA

Barn Swallow



RECEIVED
MAILROOM

DEC ⁻ 7 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Honorable Judge Rossie D. Alston, Jr
401 Courthouse Square
Alexandria, VA 22314

Legal Mail

22314-570499