Jorge Torrez # 29475
Northern Neck regional Jail
P.o. Box 1060
Warsaw, VA 22572

U.S. MARSHALS INSPECTED

RICHMOND VA RPDC 230

4 JUN 2024 PM 6 L



FOREVER / USA

Rossie P. Alsten, Jr, Honorable Judge
401 Courthouse Square
Alexandria, VA 22314

Legal Mail

22314-570499

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT


FSC
MIX
Envelope
FSC® C137131

NORTHERN NECK REGIONAL JAIL NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE, THE NORTHERN NECK REGIONAL JAIL DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.