IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:11-cr-115 (RDA)
)
JORGE AVILA TORREZ, )
)
)
Defendant. )

## ORDER

This matter comes before the Court upon the Court's review of its own docket. On May 30, 2014, Defendant was convicted of capital murder and sentenced to death by a jury. Dkt. 395. Thereafter, Defendant was appointed counsel to represent him in post-conviction proceedings. On April 5, 2022, Defendant filed a Motion to Represent Self, expressing a desire to no longer be represented by his post-conviction counsel. Dkt. 500. On August 19, 2022, Judge Liam O'Grady heard argument regarding Defendant's Motion to Represent Self and ordered a psychological/psychiatric examination of the Defendant to determine whether Defendant was competent to represent himself. Dkts. 514; 517. The Court appointed Richard A. Ratner, M.D., to perform the evaluation. Dkt. 517. After conducting the evaluation, Dr. Ratner submitted a report on November 6, 2023. The Court is in receipt of that report. On December 23, 2024, the President of the United States, Joseph R. Biden, Jr., commuted Defendant's sentence to life imprisonment. Dkt. 540.

At this time, it appears that it is necessary to conduct a competency hearing to determine whether Defendant is competent to proceed *pro se*. Accordingly, it is hereby

ORDERED that a competency hearing is SCHEDULED for February 5, 2025, at 11:00 a.m., to determine whether Defendant is competent to proceed in post-conviction proceedings *pro se*; and it is

FURTHER ORDERED that the parties are DIRECTED to submit position papers regarding Defendant's competency on or before January 31, 2025, noting whether the parties intend to introduce live testimony.

IT IS SO ORDERED

The Clerk of Court is directed to send a copy of this Order to Defendant and to all counsel of record.

Alexandria, VA
January 10, 2025

_____ /s/ _____
Rossie D. Alston, Jr.
United States District Judge