# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JORGE AVILA TORREZ,

        Movant,

        v.

JEFFREY KRUEGER, Warden, USP Terre
Haute, UNITED STATES OF AMERICA

        Respondents.

:
:
:    Criminal No. 1:11-CR-00115 (RDA)
:
:    Hon. Rossie D. Alston, Jr.
:
:

## RESPONSE TO THE COURT'S ORDER FILED JANUARY 10, 2025

By Order dated January 10, 2025, the Court directed the parties to submit, on or before January 31, 2025, their positions regarding the Defendant's competency and to also state if they intend to introduce live testimony.

Undersigned counsel represent to the Court that they do not intend to present evidence challenging Dr. Richard A. Ratner's November 6, 2023 finding that Jorge Avila Torrez is competent to represent himself. Undersigned counsel do not intend to introduce live testimony at the competency hearing scheduled for February 5, 2025.

If Mr. Torrez would like to be represented by counsel in this proceeding, undersigned

counsel take no position on the question of whether they should remain as Mr. Torrez's counsel.


Respectfully submitted,

| | |
|---|---|
| /s/ Joanne Heisey | /s/ Joan C. Robin |
| JOANNE HEISEY | JOAN C. ROBIN |
| KATHERINE THOMPSON | VA Bar # 44502 |
| SAMUEL J.B. ANGELL | 421 King Street |
| Federal Community Defender Office for the | Suite 505 |
| Eastern District of Pennsylvania | Alexandria, VA 22314 |
| 601 Walnut Street, Suite 545 West | Telephone (703) 349-1111 |
| Philadelphia, PA 19106 | Facsimile (703) 349-1118 |
| Telephone (215) 928-0520 | joni@jonirobinlaw.com |
| Joanne_Heisey@fd.org | |


Dated: January 31, 2025                                    Counsel for Jorge Avila Torrez

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/_____

Joan C. Robin