Date: <u>02/05/2025</u>  Judge: <u>Alston</u>  Reporter: <u>T. Harris</u>
Time: <u>11:00 – 11:30</u>

Case Number: <u>1:11CR00115-001</u>

<u>UNITED STATES OF AMERICA</u>
vs.
<u>JORGE AVILA TORRES</u>

| <u>Counsel for Government</u> | <u>Counsel for Defendant</u> |
|---|---|
| James Trump | Samuel Angell |
| Jacqueline Bechara | Joan Robin |
| | James Hundley |

Matter on for competency hearing.

Counsel indicated that there is no objection to Dr. Ratner's report. Report of Dr. Richard Ratner dated 11/6/2023 to be made a part of the record and placed under seal.

The Court finds the defendant competent and accepts defendant's waiver of assistance of counsel.

The defendant to be returned to the Federal Bureau of Prisons.

Defendant remanded.