IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JORGE AVILA TORREZ,

Defendant.

No. 1:11-cr-115 (RDA)

**ORDER**

Defendant, Jorge Avila Torrez, was convicted by a jury of capital murder, and, by judgement entered May 30, 2014, he was sentenced to death. The United States Court of Appeals for the Fourth Circuit affirmed his conviction and sentence by published opinion on August 28, 2017, and the Supreme Court of the United States thereafter denied the defendant's petition for writ of certiorari by order entered June 17, 2019. The President recently commuted the defendant's sentence of death to life imprisonment. *See* Dkt. 540, Executive Grant of Clemency signed by Joseph R. Biden, Jr., President of the United States, on December 23, 2024.

Defendant is currently being held at the Northern Neck Regional Jail. The United States Marshals Service has requested that Defendant be returned to the Federal Bureau of Prisons. The Court agrees. Wherefore, it is hereby ORDERED that the United States Marshals Service shall return the defendant to the Federal Bureau of Prisons.

The Clerk is directed to send a copy of this Order to all counsel of record, the United States Marshals Service, and the Bureau of Prisons.

It is SO ORDERED.

Alexandria, VA
February 6, 2025

/s/

Rossie D. Alston, Jr.
United States District Judge